**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| **JAMIE LYNN RICHARDS,** | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 924(a)(2) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(False Statement During Purchase of Firearm)

1.      On or about August 21, 2022, in the Southern District of Ohio, the defendant, **JAMIE LYNN RICHARDS**, in connection with the acquisition of a firearm, to wit, a Taurus, G2C, 9mm caliber pistol, bearing serial number 1C151051, from Vance Outdoors, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Vance Outdoors, which statement was intended and likely to deceive Vance Outdoors as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **JAMIE LYNN RICHARDS** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **JAMIE LYNN RICHARDS** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of another individual.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

1

## COUNT TWO
(False Statement During Purchase of Firearm)

2.     On or about August 21, 2022, in the Southern District of Ohio, the defendant, **JAMIE LYNN RICHARDS**, in connection with the acquisition of firearms, to wit, a Taurus, G2C, 9mm caliber pistol, bearing serial number ADB929685, and a Taurus, G2C, 9mm caliber pistol, bearing serial number ADB931740, from Vance Outdoors, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Vance Outdoors, which statement was intended and likely to deceive Vance Outdoors as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, in that **JAMIE LYNN RICHARDS** executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that **JAMIE LYNN RICHARDS** was the actual transferee/buyer of the firearm when, in fact, she was purchasing the firearm on behalf of another individual.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

## FORFEITURE ALLEGATION

3.     The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.     Upon conviction of any of the offenses alleged in the Indictment, the defendant, **JAMIE LYNN RICHARDS**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Taurus, G2C, 9mm caliber pistol, bearing serial number 1C151051;
- One Taurus, G2C, 9mm caliber pistol, bearing serial number ADB929685;

- One Taurus, G2C, 9mm caliber pistol, bearing serial number ADB931740; and
- All associated ammunition.

Forfeiture in accordance with **18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

_s/Foreperson_____
**FOREPERSON**

**KELLY A. NORRIS**
**Acting United States Attorney**

*[signature]*

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

3